Abrams, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NARL REFINING LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>-against-<br><br>BP PRODUCTS NORTH AMERICA, INC.,<br><br>Defendant. | 16 Civ. 404 (RA)<br><br>[PROPOSED]<br>ORDER OF DISMISSAL |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff NARL Refining Limited Partnership has requested voluntary dismissal of the above-captioned action without prejudice against Defendant BP Products North America, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court GRANTS the request and the case is hereby DISMISSED. The Parties shall bear their own costs incurred to date in connection with the proceeding and shall not seek to recover such costs, in this Court or any other forum, from each other.

SO ORDERED:

_____
Ronnie Abrams
United States District Judge

Dated: New York, New York
       February 3, 2017

JS